IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**SAMUEL HOOD, II,**

**Defendant.**            No. 10-30211-DRH
                                       No. 11-30148-DRH

## ORDER

**HERNDON, Chief Judge**:

Today, the Court held a status conference in this case. During the status conference, defendant informed the Court that he intends to go forward with withdrawing his guilty plea and that he would like new counsel. Thus, the Court **APPOINTS** attorney James Gomric to represent defendant. The Court **DIRECTS** the Federal Public Defender's Office to prepare form CJA 20 for this appointment. Further, the Court **SET** this matter for sentencing on February 3, 2012 at 2:30 p.m.

    **IT IS SO ORDERED.**

Signed this 16th day of December, 2011.

                                                   David R. Herndon
                                                   2011.12.16
                                                   15:41:52 -06'00'

                                                   **Chief Judge**
                                                   **United States District Court**